# Exhibit 1

1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

3
4
5   IN RE: GOOGLE PLAY STORE         CASE NO. 5:21-cv-03001-EJD
    SIMULATED CASINO-STYLE GAMES
6   LITIGATION                       Hon. Edward J. Davila
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF FRANCES LONG
Case No. 5:21-cv-03001-EJD

**DECLARATION OF FRANCES LONG**

I, Frances Long, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Years ago, I came across Double U Casino online while looking for a game to play to pass the time. The game seemed great—it was advertised as "free" to play, it had colorful graphics and fun sounds, and it made me feel like I was on vacation and in a real casino any time I wanted. So I downloaded it on my computer and my Android phone through Google Play. When I started, I was given virtual coins that let me play for free, and it seemed great because I won even more coins soon after I started. Plus, I could play anytime and anywhere I wanted because Google Play allowed me to play on my phone, at home, or on the go. But after a very short while, the winning stopped, and the free coins I started out with dwindled down to zero.

2. By this point, I was addicted to the game. I kept seeing ads encouraging me to buy coin packs, so I bought a few bundles of coins to start with so I could continue playing. I thought each of these bundles would last longer than they did. I was wrong—they didn't. Next thing you know, I had to buy more. And more. And more. Once I became hooked on the game, it took little or no time to burn through all the coins I bought, so I kept having to buy larger and larger bundles of coins for higher and higher prices. Before I knew it, I found myself playing and paying more than I ever thought I would in any game.

3. I started playing other social casinos to see if they were any better, but they're all the same. They seem engineered to give you enough free coins or an occasional winning streak just when you're about to quit. In addition, they give you a small amount of virtual coins through various links each day in an effort to keep you focused on the game. But then they make you keep losing afterward to entice you to spend more money to keep playing.

4. I'm retired now, and social casinos occupy so much of my time. My playing time varies depending on what I have going on, but on average I estimate that I play anywhere between 35 and 70 hours each week. I just can't stop playing.

DECLARATION OF FRANCES LONG
Case No. 5:21-cv-03001-EJD

1

5. Overall, I believe that I have spent an excessive amount totaling more than $15,000 on social casinos.

6. I can't get back all the time I have spent playing social casino games, and the money I have spent should definitely have gone towards other things. But I believe these games are designed to prey on people's addictions.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this 19th day of November 2021 in Ferguson, Missouri.



Frances Long

DECLARATION OF FRANCES LONG
Case No. 5:21-cv-03001-EJD

2