# Exhibit 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | CASE NO. 5:21-cv-03001-EJD<br>Hon. Edward J. Davila |
|---|---|

DECLARATION OF JOHN SARLEY
Case No. 5:21-cv-03001-EJD

DocuSign Envelope ID: E27ACBD6-91CE-401C-923E-D073CEC9405F
Case 5:21-md-03001-EJD   Document 52-2   Filed 11/22/21   Page 3 of 4

**DECLARATION OF JOHN SARLEY**

I, John Sarley, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Some years ago, I was on Facebook doing other things when I saw ads for social casino games. I wish I had never seen those ads. The games looked like a fun way to pass the time, and at first they seemed harmless. When I tried them out, they were free at first because you started out with enough coins to let you play for a good while. It was exhilarating to play the slots and see if I could win the jackpot. It felt just like being in a real casino, except, because of access through Google, I could play wherever I was and whenever I had a few free minutes. I tried several social casinos, but my favorite was DoubleDown Casino.

2. It wasn't long, however, before DoubleDown stopped being "free." Once you run out of the free coins they give you to get started, you have to buy bundles of coins or you'll only be able to play for a few minutes each day. It felt like DoubleDown gave me just enough free coins to get me addicted to the game, and then the coins dried up.

3. When you buy packs of coins, it doesn't seem like too much money—the bundles can range anywhere from $20 to $100. And the more coins you buy, the more of a "deal" it seems like you are getting. But you aren't getting a deal no matter how many coins you buy, because you'll soon run out and will have to buy more if you want to keep playing. And before long, the purchases here and there add up significantly. Before I realized it, I was spending huge amounts of money on DoubleDown.

4. My addiction got so bad that I couldn't stop playing and spending. I knew I couldn't stop on my own, so I reached out to Google for help. Specifically, I asked Google to block me so I couldn't make any more purchases in DoubleDown. I got no response, so I asked again and again. I got no help.

5. I believe I have spent around $50,000 in DoubleDown Casino overall.

6. My addiction to DoubleDown has caused so much hardship in my life. It has strained my relationships with family and friends, because I'm drawn to play DoubleDown every free

DECLARATION OF JOHN SARLEY
Case No. 5:21-cv-03001-EJD

1

minute that I have. I feel terribly guilty when I think about how much money I have spent in DoubleDown, and I have anxiety from the financial strain that my spending has caused. It is often difficult for me to pay my bills and make ends meet because of the amount of money I spend in DoubleDown. It just looms over everything in my life. I wish I would have never seen those advertisements on Facebook.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this 19th day of November 2021 in Port Hueneme, California.



DocuSigned by:

John Sarley

573A42EB013F4C1...

John Sarley

DECLARATION OF JOHN SARLEY
Case No. 5:21-cv-03001-EJD

2