1  Teresa H. Michaud (State Bar No. 296329)
      teresa.michaud@bakermckenzie.com
2  Sara Victoria M. Pitt (State Bar No. 317611)
      sara.pitt@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   10250 Constellation Blvd., Suite 1850
4  Los Angeles, California  90067
   Telephone:     310.201.4728
5  Facsimile:     310.201.4721

6  Bradford Newman (State Bar No. 178902)
      bradford.newman@bakermckenzie.com
7  Alexander G. Davis (State Bar No. 287840)
      alexander.davis@bakermckenzie.com
8  Anne Kelts Assayag (298710)
      anne.assayag@bakermckenzie.com
9  **BAKER & McKENZIE LLP**
   600 Hansen Way
10 Palo Alto, CA  94304
   Telephone:     650.856.2400
11 Facsimile:     650 856 9299

12 Attorneys for Defendants
   GOOGLE LLC and
13 GOOGLE PAYMENT CORP.

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | IN RE: GOOGLE PLAY STORE | **Case No.  5:21-md-03001-EJD** |
18 | SIMULATED CASINO-STYLE GAMES | **Date Action Filed: June 3, 2021** |
19 | LITIGATION | **DECLARATION OF TERESA H. MICHAUD IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |
20 | | |
21 | | **Date:** August 4, 2022  **Time:** 9:00 a.m.  **Ctrm.:** 4 - 5th Floor |
22 | | |
23 | | **Before The Honorable Edward J. Davila** |
24 | | **San Jose Courthouse**  **280 South 1st Street**  **San Jose, CA  95113** |
25 | | |

26
27
28

Baker & McKenzie LLP
10250 Constellation Blvd.,
Suite 1850
Los Angeles, CA  90067
Tel: 310.201.4728

Case No. 5:21-md-03001-EJD
DECLARATION OF TERESA H. MICHAUD IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, Teresa H. Michaud, declare and state as follows:

1. I am an attorney at law duly admitted to practice before this Court and the Courts of the State of California. I am a partner with the law firm of Baker & McKenzie LLP, counsel of record for Defendants Google LLC and Google Payment Corp. ("Defendants") in this case. I make this Declaration in support of Defendants' Request for Judicial Notice in connection with its Motion to Dismiss. I am the lead attorney at Baker & McKenzie LLP involved in handling this case on behalf of Defendants and have been since the inception of the case. As such, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of Google's "Google Play Billing" webpage, which I last accessed on April 8, 2022 on the publicly-available website at https://developer.android.com/distribute/play-billing.

3. Attached as **Exhibit B** is a true and correct copy of Google's "Advanced App Campaigns" webpage, which I last accessed on April 8, 2022 on the publicly-available website at https://ads.google.com/home/campaigns/app-ads/.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 8th day of April, 2022, at Santa Barbara, California.

*/s/ Teresa H. Michaud*
Teresa H. Michaud

Baker & McKenzie LLP
10250 Constellation Blvd.,
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

1

Case No. 5:21-md-03001-EJD
DECLARATION OF TERESA H. MICHAUD IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE