# EXHIBIT A

# Google Play Billing

Sell digital content in your apps, whether in-app products or subscriptions. Google Play handles checkout details so you never have to directly process any financial transactions, and your customers experience a consistent and familiar purchase flow.

See documentation (https://developer.android.com/google/play/billing)



## Easily integrate

Quickly get up and running with Google Play's billing system.

### Google Play Billing Library
(https://developer.android.com/google/play/billing)

The Google Play Billing Library simplifies the development process for billing, allowing you to focus your efforts on implementing logic specific to your app. It provides a straightforward and simple interface for sending in-app billing requests and managing in-app billing transactions, and saves you integration time when new features are launched.

### Google Play Developer API
(https://developers.google.com/android-publisher/)

Verify purchases and manage your subscriptions with the Play Developer API. You can query subscription status, defer billing, execute refunds, and get subscription updates with real-time developer notifications.

### Testing tools
(https://developer.android.com/google/play/billing/test)

Conveniently and securely test real purchases and purchase flows in your app during development or in preparation for launch without incurring actual charges.

## Reach more customers

Get access to hundreds of millions of customers who are ready and able to pay.

### Buy and sell around the world
(https://support.google.com/googleplay/android-developer/table/3539140)

Google Play supports over 135 countries to buy and sell digital goods, which means you can sell to a global audience without collecting separate payment information or looking into regulations in each country.

### Multiple forms of payment
(https://support.google.com/googleplay/answer/2651410)

Customers can pay with credit or debit cards, via 150+ direct carrier billing partners in 50+ countries, with gift cards bought from 700K+ locations in 30+ countries, and with Paypal in 20+ countries.

## Enable more buyers

Convert more users through our payment flow.

### Optimized buy flows
(https://developer.android.com/google/play/billing)

Our design and engineering teams carefully test and optimize the buying process to make purchases fast and easy, so buyers can pay the way they want.

### Trust and safety
(https://privacy.google.com/your-security.html)

Users get the benefit of a familiar and trusted payment method. Google protects users' payment info with multiple layers of security, using one of the world's most advanced security infrastructures.

### Promotions
(https://support.google.com/googleplay/android-developer/answer/6321495?ref_topic=7071529)

Use free trials or introductory pricing to attract subscribers, or distribute promo codes to give in-app features away to a limited audience free of charge. Both allow you to creatively engage with potential customers to drive trial and conversion in your apps and games.



## Additional resources

**Monetize your app** (https://developer.android.com/distribute/best-practices/earn)

Best practices for building and growing your app's revenue streams.

View resource (https://developer.android.c…)

**Sell subscriptions** (https://developer.android.com/distribute/best-practices/earn/subscriptions)

Sell subscriptions through Google Play Billing to provide access to content and features on an ongoing basis.

View resource (https://developer.android.c…)

**Integrate Google Pay** (https://developer.android.com/distribute/best-practices/earn/goods-and-services)

Eliminate credit card and shipping forms from your app and drive higher conversions on purchases of physical goods and services.

View resource (https://developer.android.c…)