# EXHIBIT B

Google Ads

Overview  How it works  Cost  FAQ  Advanced campaigns  Contact

1-844-245-2553*    Chat    Sign in

APP CAMPAIGNS

# Find the people who will love your app

With App campaigns, you can promote your iOS or Android app on Google Search, YouTube, Google Play, and more. Our technology will optimize your App ads to reach the audience most interested in apps like yours.

Start now

Book a free appointment with an Ads expert to get support crafting your media strategy.

Schedule a meeting



## Get started in 3 steps

**CREATE YOUR APP AD**
We'll help create your ad from your app information. Plus, you can add images and videos.

**CHOOSE YOUR BUDGET**
Set your own target cost-per-install (tCPI) and max daily budget, and adjust them anytime.

**TELL US YOUR GOALS**
Decide what action you want users to take, and we'll get your ad in front of the right people.



## Design your media plan with help from Google

Whether you want to talk to an expert over the phone or learn more via email before making a decision, we're here to help you build a successful campaign

Schedule a meeting    Learn more via email

Ads                                                                                          1-844-245-2553*    Chat    Sign in

Overview    How it works    Cost    FAQ    Advanced campaigns    Contact

### Tell us your goal

We'll show your App ad to the people most likely to perform the action that drives your app business by optimizing for app installs or engagement. Decide if you want people to:

- Simply install your app, with no further action needed
- Or take an in-app action, like ordering a product or beating level 2



### Generate and preview your App ad

We'll help create your ad using your app information in the Play Store or App Store, plus four lines of text you provide. You can further customize your ad with images or video.



### Boost your success

Smart Bidding can help predict and improve your campaign performance. For example, if you set your daily budget for $100, and your tCPI is $2, you're aiming for about 50 installs per day from your ads.





**SET UP A NEW ACCOUNT**

"To get more exposure, I figured we'd try a Google Ads campaign. We definitely needed guidance and help."

Ads

Overview | How it works | Cost | FAQ | **Advanced campaigns** | Contact

1-844-245-2553*    Chat    Sign in

# Get more value from your App ads with Google

We use machine learning to rotate your ads and adjust bids automatically, so your ad shows up for the right people at the price that works best for your business. We'll be able to optimize your ads, bids, and budget once we've got enough data (approximately 100 conversions).

Tell me more



## Create an App campaign

Start now

Have questions about App campaigns?

Visit our Help Center

### DISCOVER OTHER CAMPAIGNS

| Show up when people search for what you offer | Search campaigns → |





