COOLEY LLP
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:   +1 213 561 3250
Facsimile:   +1 213 561 3244

WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
KELTON N. MURPHY (340366)
(kbasirico@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-03001-EJD<br><br>**DECLARATION OF TERESA MICHAUD IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**<br><br>Date:   March 7, 2025<br>Time:   9:00 a.m.<br>Dept:   4<br>Judge:   Hon. Edward J. Davila |

COOLEY LLP
ATTORNEYS AT LAW
DOWNTOWN LOS ANGELES

DECL. OF TERESA MICHAUD ISO MTD
5:21-MD-03001-EJD

I, Teresa Michaud, declare as follow:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm Cooley LLP, and counsel for Google, LLC ("Google") in this action. I have personal knowledge of the facts set forth below and, if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Double Down Interactive Terms of Use, available as of the date of this declaration from the Double Down website at https://www.doubledowninteractive.com/terms/index.html, and as additionally available through a link within the Double Down Casino Vegas Slots free and publicly available mobile gaming application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2024, in Los Angeles, California

                                          /s/ Teresa Michaud
                                          Teresa Michaud