# EXHIBIT 1
# to Michaud Declaration

**TERMS**   PRIVACY

*IMPORTANT NOTICE: These Terms of Use have been updated as of August 2024.*

NOTE: THIS WEBSITE AND THE SERVICES PROVIDED HEREIN DO NOT OFFER "REAL MONEY GAMBLING" OR AN OPPORTUNITY TO WIN REAL MONEY OR PRIZES BASED ON THE OUTCOME OF PLAY.

PLEASE READ THE FOLLOWING TERMS OF USE AND THE DOUBLEDOWN PRIVACY POLICY CAREFULLY BEFORE USING THE SERVICES OFFERED IN CONNECTION WITH ANY DOUBLEDOWN SERVICES OR SITE (AS DEFINED BELOW). PLEASE NOTE THAT THESE TERMS OF USE INCLUDE A MANDATORY ARBITRATION PROVISION WHICH REQUIRES THAT ANY PAST, PENDING, OR FUTURE DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL AND NOT A CLASS-WIDE OR CONSOLIDATED BASIS. IF YOU DO NOT WISH TO BE SUBJECT TO ARBITRATION ON A RETROACTIVE BASIS, YOU MAY OPT OUT OF THE ARBITRATION PROVISION WITHIN THIRTY (30) DAYS BY FOLLOWING THE INSTRUCTIONS PROVIDED AT THE END OF THE SECTION TITLED "BINDING ARBITRATION AND CLASS WAIVER."

### Acceptance of Terms

These terms and conditions of use ("Terms of Use") constitute a legal agreement that governs your relationship with DoubleDown Interactive LLC and its affiliated companies (collectively referred to as "DoubleDown" or "We" or "us") regarding your use of DoubleDown's social games and related services, which include applications for mobile devices and DoubleDown-branded Web sites (the "Services"). These Terms of Use apply to any Services provided by or Site operated by DoubleDown, including, without limitation, the DoubleDown casino located at www.doubledowncasino.com or any other sites on which these Terms of Use are posted, and/or where any DoubleDown application, Services, or product is licensed, downloaded or otherwise accessed through third party sites or sources (in each case, the "Site").

By registering with, using or otherwise accessing the Services, including browsing the Site, accessing the Services with a mobile device or installing software obtained from the Site, you acknowledge that you have read, understood, accepted and agreed to be bound by these Terms of Use and any other terms and conditions referenced and incorporated herein, including, without limitation, the Privacy Policy referenced herein ("Privacy Policy"). If you do not accept these Terms of Use and the Privacy Policy, you are not authorized to use the Services.

We may modify these Terms of Use and the Privacy Policy at any time and such modification will be effective upon the date the modified Terms of Use and Privacy Policy are posted to the Site. You are responsible for reviewing these Terms of Use and Privacy Policy for modifications prior to accessing, using or downloading the Services. By your continued use of the Services, you acknowledge and agree that you shall be bound by any such modifications. If you do not wish to be bound by the modified Terms of Use and Privacy Policy, you must cease use of the Services.

### Privacy

A link to the DoubleDown Privacy Policy is provided here. The Privacy Policy governs any personal information you provide to us. By using the Services or accessing the Site you agree to the terms of the Privacy Policy.

### Binding Arbitration and Class Waiver

PLEASE READ THESE "BINDING ARBITRATION" AND "CLASS WAIVER" PROVISIONS CAREFULLY, BECAUSE THEY REQUIRE YOU TO ARBITRATE ALL DISPUTES WITH DOUBLEDOWN AND LIMIT THE MANNER IN WHICH YOU CAN SEEK RELIEF. WHILE YOU MUST AGREE TO THESE PROVISIONS AS TO ANY AND ALL CLAIMS, THERE IS AN OPTION, DESCRIBED BELOW, TO OPT OUT THE ARBITRATION AND CLASS WAIVER PROVISIONS. THE OPTION TO OPT-OUT IS TIME-LIMITED TO THIRTY (30) DAYS AND REQUIRES YOUR IMMEDIATE ATTENTION.

THESE PROVISIONS GENERALLY PRECLUDE YOU FROM BRINGING ANY CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AGAINST DOUBLEDOWN. THEY ALSO PRECLUDE YOU FROM PARTICIPATING IN OR RECOVERING RELIEF UNDER ANY PAST, PENDING, OR FUTURE CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AGAINST DOUBLEDOWN BY SOMEONE ELSE. ARBITRATION PRECLUDES YOU FROM SUING IN COURT OR FROM HAVING A JURY TRIAL.

Scope of Arbitration Provision. You and DoubleDown agree that any past, pending, or future dispute, claim or controversy arising out of or relating to your access to or use of any DoubleDown Site (including Services) or to these Terms of Use (including without limitation any dispute concerning the breach, enforcement, construction, validity, interpretation, enforceability, or arbitrability of these Terms of Use) (a "Dispute"), shall be determined by arbitration, except that you and DoubleDown are NOT required to arbitrate any Dispute in which either party seeks equitable and other relief for the alleged unlawful use of copyrights, trademarks, trade names, logos, trade secrets, or patents.

Waiver of Class Relief. Whether the dispute is heard in arbitration or in court, you agree that you and DoubleDown will not commence against the other a class action, class arbitration or other representative action or proceeding. You and DoubleDown are each waiving respective rights

Document title: Welcome to DoubleDown Interactive
Capture URL: https://www.doubledowninteractive.com/terms/index.html
Capture timestamp (UTC): Thu, 21 Nov 2024 04:36:53 GMT

to participate in a class action. By accepting this agreement, you give up your right to participate in any past, pending or future class action or any other consolidated or representative proceeding, including any existing as of the date you agreed to these terms of use.

Whether to agree to arbitration is an important decision. It is your decision to make and you are not required to rely solely on the information provided in these terms of use. You should take reasonable steps to conduct further research and to consult with counsel (at your expense) regarding the consequences of your decision.

OPTION TO OPT OUT. YOU MAY OPT OUT OF THESE ARBITRATION AND CLASS ACTION PROVISIONS BY FOLLOWING THE INSTRUCTIONS BELOW. IF YOU DO NOT OPT-OUT, THESE TERMS WILL APPLY RETROACTIVELY TO ALL CLAIMS YOU MAY POSSESS, WHETHER ASSERTED TO DATE OR NOT.

PROCEDURE TO OPT OUT OF ARBITRATION. IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION AND CLASS ACTION WAIVER AGREEMENT, YOU MUST, WITHIN THIRTY (30) DAYS OF ENTERING THIS AGREEMENT, SEND AN E-MAIL TO ARBITRATIONOPTOUT@DOUBLEDOWN.COM CONTAINING YOUR FULL NAME, ADDRESS, AND THE WORDS "OPT OUT" IN THE BODY OR SUBJECT LINE OF THE EMAIL.

Location of Arbitration and Applicable Rules. You and DoubleDown agree that such arbitration shall occur in Seattle, Washington. You may request to appear in such proceedings telephonically. You and DoubleDown agree that such arbitration shall be conducted by a single arbitrator in accordance with the rules of the American Arbitration Association ("AAA"), as modified by these Terms of Use.

Authority of Arbitrator. With the exception of class procedures and remedies as discussed above under "Waiver of Class Relief," the arbitrator shall have the authority to grant any remedy that would otherwise be available in court.

Confidentiality. You and DoubleDown shall maintain the confidential nature of the arbitration proceedings and the arbitration award, including the arbitration hearing, except as may be necessary to prepare for or conduct the arbitration hearing on the merits, or except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its enforcement, or unless otherwise required by law or judicial decision.

Allocation of Arbitration Fees. If you assert a Dispute as an individual, you will only be required to pay arbitration fees of $250 in connection with any arbitration under this section, and DoubleDown will bear all other costs charged by AAA or the arbitrator up to $5,000. You will still be responsible for paying your own attorneys' fees.

You and DoubleDown agree that any claims or lawsuits, regardless of form, arising out of or related to the Site (including Services) or these Terms of Use or Privacy Policy must BE FILED within ONE (1) YEAR of the action, omission, event or occurrence giving rise to the claim or suit, after which such claims will be time-barred and prohibited, without regard to any longer period of time which may be provided by any period of limitation or repose by law or statute. Each party shall bear its own costs in the arbitration proceeding. If any portion of this section entitled "Binding Arbitration and Class Waiver" is determined by a court to be inapplicable or invalid, then the remainder shall still be given full force and effect.

### Right to Use and Limitations on Use

Subject to your agreement and continued compliance with the Terms of Use and Privacy Policy, DoubleDown grants you a non-exclusive, non-transferable, revocable limited right to access and use the Services through a supported Web browser or mobile device solely for your own non-commercial, entertainment purposes.

You represent and warrant that you have full right and authority to use the Services and to be bound by these Terms of Use. You further agree that your use of the Services shall be lawful and that you will comply with the usage rules. In furtherance of the foregoing, and as an example and not as a limitation, you agree that you will not:

1. Modify, adapt, translate, reverse engineer, or disassemble any portion of the Services;
2. Restrict or inhibit any other person from use of the Services or interfere with or disrupt the operation of the Services or the servers or networks used to make the Services available or violate any requirements, procedures, policies, or regulations of such networks;
3. Create false personas, multiple identities, multiple user accounts, set up an account on behalf of someone other than yourself, use bots or other automated software programs to defraud DoubleDown or any third party or take any other action which otherwise violates these Terms of Use and/or the terms of service of any third-party applications or social networks through which the Services are accessed;
4. Attempt to obtain passwords or other private information from other users of the Services including personally identifiable information;
5. Use the Services if you have previously been removed or banned by DoubleDown;
6. Develop, distribute or use any software programs or other applications that allow the user to cheat or obtain an unintended advantage while using the Services;

7. Exploit or distribute any game error or technical glitch that provides an unintended advantage to a user, including but not limited to accessing one time promotions more than once;

8. Transfer, sell, or re-sell Virtual Currency or Virtual Goods (as defined below), to other individuals, parties, or entities, or fraudulently acquire Virtual Currency or Virtual Goods;

9. Rent, lease, sell, trade, or otherwise transfer or share your account to or with anyone without DoubleDown's written permission;

10. Access or use an account which has been rented, leased, sold, traded, or otherwise transferred from the account creator without DoubleDown's written permission;

11. Use the Services to post or transmit any virus, worm, Trojan Horse, easter egg, time bomb, spyware, or other computer code, file, or program that is harmful or invasive or may or is intended to damage or hijack the operation of, or to monitor the use of, any hardware, software, or equipment; and

12. Attempt to use the Services on or through any website or service that is not authorized by DoubleDown

### Age

The Services are intended for those 21 years of age. Without diminishing the foregoing, to create an account, access or participate in the Services, you must be a natural person, at least 13 years old, and if you are under the age of 18 you declare that you have the consent of a legal guardian who has reviewed and agreed to these Terms of Use. Failure to comply with this condition will result in the closing of your account and the loss of all Virtual Currency or Virtual Goods acquired through your use of the Services to the extent legally permissible.

### Access; User Names and Passwords

You may log in to use the Services by using your Facebook account. By using your Facebook account to log in to the Services, you affirmatively consent to our sharing of your actions and data with Facebook. If you are using the Services via Facebook, you must have a valid, active Facebook account to use and access the Services.

If you are accessing the Services from a mobile device, you will also need to have an account with a source of downloadable mobile applications, such as an iTunes or Google Play account. You are solely responsible for any such account, and with your compliance with any agreement you may enter with respect to such account. You may need to update third-party software, such as your operating system, from time to time to access the Services. We are not responsible in any way for such third-party software. You are responsible for the device you use to access the Services and the fees to connect to the Internet and application marketplaces or for data or cellular usage to download and use the Services.

You are responsible for maintaining the confidentiality of any password you may use to access the Services, and agree not to transfer your password or user login information ("User Name"), or lend or otherwise transfer your use of or access to the Services, to any third party. You are fully responsible for all interaction with the Services that occurs in connection with your password or User Name. You agree to immediately notify us of any unauthorized use of your password or User Name or any other breach of security related to your account or the Services, and to ensure that you "log off" or exit from your account with the Services (if applicable) at the end of each session. We are not liable for any loss or damage arising from your failure to comply with any of the foregoing obligations, and you agree to indemnify and hold DoubleDown harmless for any improper or illegal use of any of your DoubleDown account(s). This includes illegal or improper use by someone to whom you have given permission to use your account(s) or whom you have negligently allowed to access your account(s).

You further represent and warrant that all information you supply to DoubleDown is complete and accurate. Knowingly submitting incomplete or inaccurate information may result in immediate termination of your participation and forfeiture of any Virtual Currency and Virtual Goods to which you are otherwise entitled, at DoubleDown's sole discretion, to the extent legally permissible.

### Subscriptions

Some of DoubleDown's Sites may offer the ability to purchase subscription services. If you purchase a subscription, then by clicking the purchase button you are requesting that DoubleDown begin supplying the subscription services immediately and are entering into a monthly subscription contract with us. You are also authorizing a charge to you of a monthly subscription fee at the rate quoted at the time of purchase. For subscription services purchased using Services or Sites played on a platform such as Facebook, Apple or Google, the platform will charge you for the subscription fee and the platform's payment terms will apply. Please review the appropriate platform's payment terms for additional information.

Subscription rates are based on an amount in U.S. Dollars. The charges will be applied to the payment instrument you provide when you start your subscription (or to a different payment instrument, if you change your account information). Please note that prices and charges are subject to change, and in such instance, we will let you know in advance.

Your subscription will automatically renew each month unless and until you terminate your subscription or we terminate it. You must cancel your subscription before it renews each month, otherwise payment of the next month's subscription fees will be taken automatically via your chosen payment method.

You may cancel at any time directly through the platform for games played on a platform. For each platform, please review their customer support websites or contact their customer support numbers for information regarding canceling auto-renewing subscriptions.

SUBSCRIPTION PAYMENTS ARE NONREFUNDABLE AND THERE ARE NO REFUNDS OR CREDITS FOR PARTIALLY USED SUBSCRIPTION PERIODS, EXCEPT FOR EU CUSTOMERS THAT CANCEL WITHIN 14 DAYS OF THEIR INITIAL PURCHASE, AS EXPLAINED BELOW.

If you reside in the European Union, subscription services may be cancelled within 14 days from the date of your purchase and you may obtain a refund of your initial payment minus a reasonable pro-rated portion to cover your use of the subscription service prior to cancellation. Please refer to the relevant platform's payment terms relevant to subscriptions for more information on exercising this cancellation right.

DoubleDown may occasionally offer a one-time or limited-time bonus to players that have a current subscription or who agree to start a subscription. You understand that these items will not be a part of your ongoing subscription.

### Virtual Currency

The Services may include a virtual, in-game currency ("Virtual Currency") including, but not limited to chips, coins, cash, credits, tokens, metals, or points, that may be purchased through the Services for "real world" money if you are legally permitted to purchase such Virtual Currency in your country, province, jurisdiction and/or state of residence. The Services may also include virtual, in-game digital items ("Virtual Goods") that may be purchased through the Services for "real world" money (if you are legally permitted to purchase such Virtual Goods in your country, province, jurisdiction and/or state of residence) or for Virtual Currency. Regardless of the terminology used, Virtual Currency and Virtual Goods may never be redeemed for "real world" money, goods or other items of monetary value from DoubleDown or any other party. Prices and availability of Virtual Currency and/or Virtual Goods are subject to change without notice. Virtual Currency and/or Virtual Goods may only be purchased or acquired from us and through means we provide on the applicable website or otherwise expressly authorize. We reserve the right to refuse your request to purchase and/or acquire Virtual Currency and/or Virtual Goods for any reason. Virtual Currency and Virtual Goods may only be held by legal residents of jurisdictions where access to and use of the Services are permitted. Virtual Currency and Virtual Goods may only be purchased or acquired through means specifically authorized by DoubleDown. When you purchase Virtual Currency, it will reside in your DoubleDown account until discharged through use of the Services or otherwise surrendered as a result of termination of the Services in accordance with these Terms of Use. In certain circumstances and to facilitate offline play, your Virtual Currency may be stored on your mobile device, and in such instance such Virtual Currency cannot be used from any other source. Further, in certain circumstances Virtual Currency stored on a mobile device may not be transferred to another device, and unless otherwise prohibited by law, DoubleDown shall have no obligation to you if such Virtual Currency is not transferred.

Other than a limited, personal, revocable, non-transferable, non-sublicenseable license to use the Virtual Goods or Virtual Currency with the Services, you have no right or title in or to any such Virtual Goods or Virtual Currency appearing or originating with the Services, or any other attributes associated with use of the Services or stored within the Services. DoubleDown has the absolute right to manage, regulate, control, modify and/or eliminate such Virtual Currency and/or Virtual Goods as it sees fit in its sole discretion to the extent legally permissible, and DoubleDown shall have no liability to you or anyone for the exercise of such rights. In addition to the foregoing, DoubleDown may selectively remove or revoke Virtual Currency and/or Virtual Goods associated with your account.

The transfer of Virtual Currency and Virtual Goods is strictly prohibited. Any attempt to do so is in violation of these Terms of Use and may result in a lifetime ban from the Services and possible legal action.

You understand and agree that all sales of Virtual Currency and Virtual Goods are final and that DoubleDown is not required to provide a refund for any reason. All Virtual Currency and Virtual Goods are forfeited if your account is terminated or suspended for any reason, in DoubleDown's sole and absolute discretion, or if the Services are no longer available. To the extent legally permissible, if your account, or a particular subscription for the Service associated with your account, is terminated, suspended and/or if any Virtual Currency and/or Virtual Goods are selectively removed or revoked from your account, no refund will be granted, no Virtual Currency and/or Virtual Goods will be credited to you or converted to cash or other forms of reimbursement.

### Intellectual Property Ownership

DoubleDown and its licensors retain all rights in the content within the Services (including, but not limited to, applications, software, designs, graphics, texts, information, pictures, video, sound, music, and other files, and their selection and arrangement) (collectively, the "Content"). The Content is protected by applicable copyright, trade dress, patent, and trademark laws, international conventions, and other laws protecting intellectual property and related proprietary rights. You may only use the Content in connection with your use of the Services for personal, noncommercial, entertainment purposes. The Content may not be used by you in any other manner, or for any other purpose, without our express written permission and/or the consent of any third party we deem necessary, except as provided for herein. You hereby acknowledge that you do

not acquire any ownership rights by using the Services or by accessing any of the Content. Any unauthorized use by you of the Content may violate copyright laws, trademark laws, the laws of privacy and publicity, and other applicable regulations and statutes.

Further, by accessing or using the Services, you acknowledge and agree that any name, logo, trademark, brand, or service mark ("Trademarks") used with the Services is owned or licensed by us and may not be used by you without our prior written approval. Nothing contained in the Services should be construed as granting by implication, estoppel, or otherwise, any license or right to use any such Trademarks without our written consent and/or consent of such third party that owns the Trademarks.

Any communications or materials you transmit to DoubleDown by electronic mail or otherwise, including any data, questions, comments, suggestions, or the like, are and will be treated as, non-confidential and non-proprietary. DoubleDown is free to use, reproduce, modify, disclose, transmit or post any ideas, concepts, know-how or techniques contained in any communication you send to DoubleDown for any purpose whatsoever including, but not limited to, developing, manufacturing and marketing products using such information, without any compensation to you or acknowledgment that you were the source of such materials.

### User Information and Content

By using the Services or participating on the Site, you agree that the Site (a) may display your first name, first initial of your last name, picture, profile and game records on the Site, and (b) may print, publish, broadcast and use, worldwide, in any media and at any time, your name, picture, voice, likeness, and/or biographical information for promotional purposes without compensation.. You agree that you are solely responsible for any content, location information, messages, posts, comments, data, text, images, photographs, videos or other materials that you transmit through the Services ("User Content"). By submitting, transmitting, posting, uploading, or otherwise providing any User Content in connection with the Services, you are granting DoubleDown a royalty-free, fully paid, non-exclusive, sublicensable, transferable, irrevocable, perpetual, unrestricted, worldwide license to use, publish, transmit, perform, display, store, distribute, reproduce, modify, create derivative works from, and otherwise use any and all user Content for any purpose, including, without limitation, advertising and promotional purposes. No credit, approval or compensation is due to you for any such use of the User Content you may submit.

If you provide a review to us regarding your experience accessing the Website or Apps and using the Services, we may ask to use your review in our marketing and promotional materials. We may also ask to include your first name and last name initial along with your review, which makes it more effective. Before doing so, we will first ask for your consent, and you can opt out at any time by emailing us at mailto: support@doubledowninteractive.com. See our Privacy Policy for more information.

DoubleDown reserves the right (but at no time be obligated to), in its sole discretion, remove, block, edit move, disable or permanently delete User Content with or without notice for any reason whatsoever. You hereby agree that, to the maximum extent permitted by applicable law, DoubleDown shall at no time be liable for the removal, modification, blocking, moving or deletion of User Content.

You further represent and warrant that you own or otherwise control any and all rights in and to the User Content and that public posting of the User Content by DoubleDown will not infringe or violate the rights of any third party in any manner. You also agree that the User Content shall not include any personal identification, such as personal names, email addresses, or other indicia identifying any other person, including, without limitation, celebrities and/or other public or private figures, living or dead, or that is invasive of a person's privacy. Further, the User Content shall not include any of the following:

1. comments or other materials that are sexually oriented, explicit or suggestive or exploit people in a sexual or violent manner;
2. comments or other materials that are violent or derogatory of any ethnic, racial, gender or religious group;
3. comments or other materials that harass or advocate the harassment of another person;
4. comments or other materials that promote the illegal use of alcohol, drugs, or tobacco, firearms/weapons or promotes any activities that may be construed as illegal;
5. comments or other materials that are false or misleading or promote illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous; or
6. comments or other materials that infringe any party's trademark, trade secret, copyright or other proprietary rights.

You acknowledge that we are not responsible for any User Content posted in connection any portion of the Services. We are merely providing access to the Services and User Content as a service to our users to be used in accordance with these Terms of Use. With respect to any User Content posted by other users, such users are solely responsible for the User Content they post, including, without limitation, the reliability, accuracy, and truthfulness of any such User Content. Similarly, we have no control over whether such User Content is of a nature that other users might find offensive, distasteful, or otherwise unacceptable and, accordingly, we expressly disclaim any responsibility for any User Content. Just as when you view content in any other setting, you should exercise appropriate discretion, good judgment, and caution in accessing User Content

in the Services and in taking any actions based upon such User Content. Accordingly, you will bear all risks associated with any such User Content that you access or use.

We reserve the right, but not the obligation, to monitor and delete any User Content deemed inconsistent with our policies in our discretion. We also reserve the right to terminate the account of any user who violates any of these Terms of Use, including infringement by a user of third-party copyrighted materials, as determined in our sole discretion.

If you are aware of any User Content posted in connection with the Services that violates these Terms of Use, please contact us at support@doubledowninteractive.com. Please provide as much detail as possible, including a copy of the underlying material, the location where we may find it, and the reason such User Content should be removed. Please note that filing a complaint will not guarantee its removal. We only will remove User Content if we believe the measure is necessary, in our sole discretion. To the extent any notice is based on an alleged copyright violation, please follow the instructions set forth in the section entitled "Copyright Infringement Claims." Although we may attempt to monitor User Content, in no event do we assume any particular obligation to do so or liability for failing to either monitor the Site or remove specific User Content.

### Communication Channels

The Services may provide communication channels such as forums, communities, or chat areas ("Communication Channels") designed to enable you to communicate with other users of the Services. DoubleDown is under no obligation to monitor these communication channels but may do so, and reserves the right to review materials posted to the Communication Channels and to remove any materials, at any time, with or without notice for any reason, at its sole discretion. DoubleDown may also terminate or suspend your access to any Communication Channels at any time, without notice, for any reason. You acknowledge that chats, postings, or materials posted by users on the Communication Channels are neither endorsed nor controlled by DoubleDown, and these communications should not be considered reviewed or approved by DoubleDown. You will be solely responsible for your activities within the Communication Channels and under no circumstances will DoubleDown be liable for any activity within the Communication Channels.

You agree that all your communications within the Communication Channels are public, and you have no expectation of privacy regarding your use of the Communication Channels. DoubleDown is not responsible for information that you choose to share on the Communication Channels, or for the actions of other users.

### Copyright Notice

DoubleDown requires our users to respect the intellectual property rights of others. If you are the owner of copyright and you believe that your work has been used in the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with a notice meeting all of the requirements of the Digital Millennium Copyright Act ("DMCA"). Your notice should contain the following information:

1. a physical or electronic signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
2. a clear description of the copyrighted work or other intellectual property that you claim has been infringed;
3. a description of where the material that you claim is infringing is located in the Services;
4. your address, telephone number, and email address;
5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and
6. a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act in the copyright or intellectual property owner's behalf.

Before you file your DMCA notice, please carefully consider whether or not the use of the copyrighted material at issue is protected by the Fair Use doctrine. If you file a DMCA notice when there is no infringing use, you could be liable for costs and attorneys' fees.

Our agent for notice of claims of copyright or other intellectual property infringement can be reached as follows:

By mail:
DoubleDown Interactive LLC
605 Fifth Avenue South
Suite 300
Seattle, Washington, 98104
Attn: Copyright Agent

By email:
copyright@doubledown.com

### Termination

You agree that DoubleDown, in our sole discretion, may to the extent legally permissible terminate your access to or use of the Services, at any time and for any reason, including without limitation, if we believe that you have violated or acted inconsistently with the letter or spirit of these Terms of Use. Upon any such termination, your right to use some portions, if not all, of the Services will immediately cease. You agree that any termination of your access to or use of the Services may occur without prior notice, and that we may immediately deactivate or delete your account, User Name, and password (excluding your Facebook account), and all related information and files associated with it, and/or bar any further access to such information or files. You agree that we will not be liable to you or any third party for any termination of your access to the Services or to any such information or files or we will be required to make such information or files available to you after any such termination.

### Limitation of Liability

BY ACCESSING, USING OR DOWNLOADING THE SERVICES YOU ACKNOWLEDGE AND AGREE THAT SUCH USE IS AT YOUR OWN RISK AND THAT NONE OF THE PARTIES INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR ANY OF DOUBLEDOWN, ITS AFFILIATES, SUBSIDIARIES OR ANY OF THEIR EMPLOYEES, AGENTS OR CONTRACTORS (COLLECTIVELY "RELEASED PARTIES") ARE LIABLE FOR ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES, OR ANY OTHER LOSSES, COSTS, OR EXPENSES OF ANY KIND (INCLUDING, WITHOUT LIMITATION, LOST PROFITS, LOSS OF DATA, LEGAL FEES, EXPERT FEES, COST OF PROCURING SUBSTITUTE SERVICES, LOST OPPORTUNITY, OR OTHER DISBURSEMENTS) WHICH MAY ARISE, DIRECTLY OR INDIRECTLY, THROUGH THE ACCESS TO, USE OF, RELIANCE ON ANY MATERIAL OR CONTENT ON THE SERVICES, OR BROWSING OF THE SERVICES OR THROUGH YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO OR AUDIO FROM THE SERVICES, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMISSIBLE UNDER APPLICABLE LAWS, THE TOTAL LIABILITY OF DOUBLEDOWN AND/OR ITS AFFILIATES IS LIMITED TO THE TOTAL AMOUNT YOU HAVE PAID DOUBLEDOWN IN THE ONE HUNDRED AND EIGHTY (180) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM. WITHOUT LIMITING THE FOREGOING, RELEASED PARTIES ASSUME NO RESPONSIBILITY, AND WILL NOT BE LIABLE, FOR ANY DAMAGES RELATING TO OR CAUSED BY ANY VIRUSES, BUGS, HUMAN ACTION OR INACTION OF ANY COMPUTER SYSTEM, PHONE LINE, HARDWARE, SOFTWARE OR PROGRAM MALFUNCTIONS, OR ANY OTHER ERRORS, FAILURES OR DELAYS IN COMPUTER TRANSMISSIONS OR NETWORK CONNECTIONS ON ACCOUNT OF YOUR ACCESS TO OR USE OF THE SERVICES. RELEASED PARTIES CANNOT AND DO NOT GUARANTEE CONTINUOUS, UNINTERRUPTED, OR SECURE ACCESS TO THE SERVICES.

### Release of Liability

To the fullest extent permitted by law, you agree to release, discharge, defend, indemnify and hold Released Parties harmless from and against all claims, damages, losses, liability, costs and expenses (including without limitation attorneys' fees) arising out of (a) your use of, access to, or activities in connection with the Services or (b) any violation of these Terms of Use by you or through your account. This defense and indemnification obligation will survive these Terms of Use and your use of the Services.

### Disclaimer of Warranties

THE SERVICES, IN WHOLE AND IN PART (INCLUDING, WITHOUT LIMITATION, ALL CONTENT, AND USER MATERIALS), ARE PROVIDED, TRANSMITTED, DISTRIBUTED, AND MADE AVAILABLE "AS IS" WITHOUT EXPRESS OR IMPLIED WARRANTIES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, WE MAKE NO WARRANTY: (A) THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE; (B) THAT DEFECTS OR ERRORS IN THE SERVICES WILL BE CORRECTED; (C) THAT THE SERVICES WILL BE FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS; (D) AS TO THE QUALITY, ACCURACY, COMPLETENESS AND VALIDITY OF ANY INFORMATION OR MATERIALS IN CONNECTION WITH THE SERVICES; (E) THAT YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS; OR (F) THAT TRANSMISSIONS OR DATA WILL BE SECURE.

### Exceptions

SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER, EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES, LIABILITIES AND DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IN SUCH JURISDICTIONS, OUR WARRANTIES AND LIABILITY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

### Game Play

All games offered on the Site or through the Services are designed solely to play for fun, and not for any gambling purpose. Any casino-style games offered on the Site or through the Services may not replicate the odds of winning or the payouts of game credits awarded of similar games found in casinos. The games may also include certain products which resemble "real world" gaming products, but which have a fixed payout amount that is pre-determined by DoubleDown in its sole discretion. The game credits awarded may also be variable over time, and we reserve the right to change them from time to time in our sole discretion. DoubleDown may also change the award percentages for any casino-style games without notification to you.

### Hacking or Tampering With the Services

You agree that DoubleDown is not responsible for any damage, loss, or injury resulting from hacking, tampering, or other unauthorized access or use of the Services. Any attempt to gain unauthorized access to the Services, interfere with procedures or performance of the Services, or deliberately damage or undermine the Services is subject to civil and/or criminal prosecution and will result in immediate termination of your participation and forfeiture of any prizes to which you are otherwise entitled. Any attempt to access or use any portion of the Services by means of automatic, macro, programmed, or similar methods, or to otherwise commit fraud with regard to the Services, will result in civil and/or criminal prosecution, termination of your participation, and forfeiture of all prizes to which you are otherwise entitled.

### Disputes with Others

DoubleDown reserves the right, but has no obligation, to monitor and/or manage disputes between you and other users of the Services. If you have a dispute with other users, you release and hereby agree to indemnify DoubleDown from claims, demands, and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such dispute.

### Legality

You are subject to all laws of the geography in which you reside and from which you access the Services and are solely responsible for obeying those laws. You agree DoubleDown cannot be held liable if laws applicable to you restrict or prohibit your participation in the Services. DoubleDown makes no representations or warranties, implicit or explicit, as to your legal right to access or participate in the Services nor shall any person affiliated, or claiming affiliation, with DoubleDown have authority to make any such representations or warranties. DoubleDown reserves the right to monitor the location from which you access the Services and to block access from any jurisdiction in which participation is illegal or restricted.

### Links to Third Party Sites

Although the Services may contain links to third party websites, we are not, directly or indirectly, implying any approval, association, sponsorship, endorsement, or affiliation with the linked site, unless specifically stated therein. By accessing, using or downloading the Services, you acknowledge that we have not reviewed all the websites linked to the Services and are not responsible for the content of any off-site pages or any other site linked to the Services. Your linking to any other off-site pages or other sites is at your own risk.

### Updates to the Services

We reserve the right, at any time and from time to time, temporarily or permanently, with or without notice, in whole or in part, to the extent legally permissible: modify or discontinue the Services; modify or remove any of the information contained in the Services; limit the Services' availability to any person, geographic area, or jurisdiction we choose; charge fees in connection with the use of the Services; modify and/or waive any fees charged in connection with the Services; and/or offer opportunities to some or all users of the Services. You agree that we will not be liable to you or to any third party for any modification, suspension or discontinuance of the Services, in whole or in part, or of any content contained in the Services. Your continued use of the Services after such changes will indicate your acceptance of such changes.

### Governing Law

These Terms of Use are governed by and construed in accordance with the laws of the State of Delaware USA without regard to its principles of conflicts of law.

### Entire Agreement

These Terms of Use, including, without limitation, the Privacy Policy, constitute the entire agreement between you and DoubleDown and cannot be modified by you. These Terms of Use cannot be modified on an individual basis by any person affiliated, or claiming affiliation, with DoubleDown. Nothing in this subsection will prevent DoubleDown from modifying these Terms of Use.

### Severability

If any portion of these Terms of Use is deemed void or unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of the remaining provisions. For the avoidance of doubt, in the event that any portion of any particular section of these Terms of Use, including, without limitation, the section entitled "Binding Arbitration and Class Waiver", is deemed to be unenforceable, the balance of such section shall remain enforceable.

### Local Law.

These Terms of Use do not purport to supersede the laws of the jurisdiction from which you access the Site to the extent such law is deemed to be applicable to your use of the Services. DoubleDown will comply with applicable law in all respects regarding your use of the Services. Without limiting the foregoing, we will respect all consumer protections provided by applicable law.

criminal prosecution, termination of your participation, and forfeiture of all prizes to which you are otherwise entitled.

### Disputes with Others

DoubleDown reserves the right, but has no obligation, to monitor and/or manage disputes between you and other users of the Services. If you have a dispute with other users, you release and hereby agree to indemnify DoubleDown from claims, demands, and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such dispute.

### Legality

You are subject to all laws of the geography in which you reside and from which you access the Services and are solely responsible for obeying those laws. You agree DoubleDown cannot be held liable if laws applicable to you restrict or prohibit your participation in the Services. DoubleDown makes no representations or warranties, implicit or explicit, as to your legal right to access or participate in the Services nor shall any person affiliated, or claiming affiliation, with DoubleDown have authority to make any such representations or warranties. DoubleDown reserves the right to monitor the location from which you access the Services and to block access from any jurisdiction in which participation is illegal or restricted.

### Links to Third Party Sites

Although the Services may contain links to third party websites, we are not, directly or indirectly, implying any approval, association, sponsorship, endorsement, or affiliation with the linked site, unless specifically stated therein. By accessing, using or downloading the Services, you acknowledge that we have not reviewed all the websites linked to the Services and are not responsible for the content of any off-site pages or any other site linked to the Services. Your linking to any other off-site pages or other sites is at your own risk.

### Updates to the Services

We reserve the right, at any time and from time to time, temporarily or permanently, with or without notice, in whole or in part, to the extent legally permissible: modify or discontinue the Services; modify or remove any of the information contained in the Services; limit the Services' availability to any person, geographic area, or jurisdiction we choose; charge fees in connection with the use of the Services; modify and/or waive any fees charged in connection with the Services; and/or offer opportunities to some or all users of the Services. You agree that we will not be liable to you or to any third party for any modification, suspension or discontinuance of the Services, in whole or in part, or of any content contained in the Services. Your continued use of the Services after such changes will indicate your acceptance of such changes.

### Governing Law

These Terms of Use are governed by and construed in accordance with the laws of the State of Delaware USA without regard to its principles of conflicts of law.

### Entire Agreement

These Terms of Use, including, without limitation, the Privacy Policy, constitute the entire agreement between you and DoubleDown and cannot be modified by you. These Terms of Use cannot be modified on an individual basis by any person affiliated, or claiming affiliation, with DoubleDown. Nothing in this subsection will prevent DoubleDown from modifying these Terms of Use.

### Severability

If any portion of these Terms of Use is deemed void or unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of the remaining provisions. For the avoidance of doubt, in the event that any portion of any particular section of these Terms of Use, including, without limitation, the section entitled "Binding Arbitration and Class Waiver", is deemed to be unenforceable, the balance of such section shall remain enforceable.

### Local Law.

These Terms of Use do not purport to supersede the laws of the jurisdiction from which you access the Site to the extent such law is deemed to be applicable to your use of the Services. DoubleDown will comply with applicable law in all respects regarding your use of the Services. Without limiting the foregoing, we will respect all consumer protections provided by applicable law.

### Headings

The headings titles in these Terms of Use are provided solely for convenience and have no legal or contractual significance.

### Force Majeure

We will not be liable in any amount for failure to perform any obligation under these Terms of Use if such failure is caused by the occurrence of any unforeseen contingency beyond our reasonable control, including, without limitation, Internet outages, communications outages, fire, flood, or war.

Last updated August 2024

V.4

Document title: Welcome to DoubleDown Interactive
Capture URL: https://www.doubledowninteractive.com/terms/index.html
Capture timestamp (UTC): Thu, 21 Nov 2024 04:36:53 GMT