COOLEY LLP
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:   +1 213 561 3250
Facsimile:   +1 213 561 3244

WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
KELTON N. MURPHY (340366)
(kbasirico@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION | Case No. 5:21-md-03001-EJD<br><br>**DECLARATION OF AUDREY J. MOTT-SMITH IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   March 7, 2025<br>Time:   9:00 a.m.<br>Dept:   4<br>Judge:   Hon. Edward J. Davila |

I, Audrey J. Mott-Smith, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am an associate at the law firm Cooley LLP, and counsel for Defendant Google LLC ("Google") in this action. I have personal knowledge of the facts set forth below and, if called to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Order Granting Defendants' Motion to Dismiss Second Amended Complaint in *Jane Doe v. WebGroup Czech Republic, A.S., et al.*, C.D. Cal. Case No. 2:21-cv-02428-SPG-SK, issued by the United States District Court for the Central District of California on February 21, 2025 and appearing on the docket as Dkt. No. 205 (the "Order").

3. The Order is not yet available on either Westlaw or LexisNexis, so Google provides a copy here for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2025, in San Francisco, California

Dated: February 26, 2025                         COOLEY LLP

                                                 By: *[signature]*
                                                     Audrey J. Mott-Smith

                                                 Attorney for Defendant
                                                 GOOGLE LLC